**DENIED and Opinion Filed January 17, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00062-CV

## IN RE SUSAN GAIL PERRILLOUX, Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-028491**

## MEMORANDUM OPINION
Before Justices Brown, Schenck, and Reichek
Opinion by Justice Reichek

Before the Court is relator's petition for writ of mandamus in which she contends the trial court abused its discretion by denying her motion for protective order related to the location and scope of a notice of deposition and subpoena duces tecum. To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). As the party seeking relief, the relator has the burden of providing the Court with a sufficient mandamus record to establish her right to mandamus relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). Here, the mandamus record does not include all of the documents considered by the trial court in making its decision. Based on the record before us, we conclude relator has not shown the trial court abused its discretion.

Accordingly, we deny relator's petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).


/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE


190062F.P05